**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1532**

———————————

CHARLENA SINGLETON,

Plaintiff - Appellant,

versus

AL CANNON, Sheriff, Charleston County,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-99-3636-2-18)

———————————

Submitted:  August 29, 2002          Decided:  September 4, 2002

———————————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charlena Singleton, Appellant Pro Se.  Bernard Eugene Ferrara, Jr.,
CHARLESTON  COUNTY  ATTORNEY'S  OFFICE,  North  Charleston,  South
Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charlena Singleton appeals the district court's orders denying her motion to reopen her case and her motion for relief from judgment pursuant to Fed. R. Civ. P. 60. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Singleton v. Cannon, No. CA-99-3636-2-18 (D.S.C. Apr. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED